**No. 67160.**—Cajo Trading, Inc. (Page & Jones) *v.* United States protests 61/13295, etc. (Mobile).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 1, 1962

**No. 67161.**—Seedman International Corp. *v.* United States, protests 62/3276–16423 and 62/3279–16426 (New Orleans).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.*   (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.